PROB 12B
ED/AR (12/2012)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 21 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kevin Grant McAdoo         Case Number: 0860 4:16CR00060-001

Name of Sentencing Judicial Officer:   Honorable Samuel H. Mays, Jr.
United States District Judge
Western District of ~~Arkansas~~ Tennessee

Transferred:   May 22, 2016: Honorable Susan Webber Wright
United States District Judge

Original Offense:   Conspiracy To Possess With Intent To Distribute Marijuana

Date of Sentence:   September 10, 2015

Original Sentence:   24 months probation

Type of Supervision:   Probation
Date Supervision Commenced:   September 10, 2015
Date Supervision Expires:   September 09, 2017

U. S. Probation Officer: William P. Fennell    Asst. U.S. Attorney: John Ray White    Defense Attorney: Jenniffer Horan

---

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

The defendant will abstain from the use of alcohol during supervision

## CAUSE

On August 2, 2016, the defendant travelled to a location where he knew methamphetamine was used and made contact with a known felon while trying to contact his wife. After an ensuing altercation, the defendant reported to local law enforcement that he had "too much to drink." The complainant who contacted the police also described the defendant as drunk. Subsequently, the defendant reported to his substance abuse counselor in August 2016 that he has a drinking problem that had escalated to nightly consumption. While on pretrial, the defendant had an alcohol fueled confrontation with his wife in August 2015 and multiple arrests for Driving While Intoxicated. The defendant is agreeable to alcohol abstinence, and this will be used in conjunction with continued substance abuse treatment to give the defendant the best opportunity to be successful on supervision. The defendant has been afforded the opportunity to speak with counsel.

Prob 12B - 2 - Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Kevin Grant McAdoo   Case Number: 0860 4:16CR00060-001

The defendant also tested and confirmed positive for the use of marijuana on July 5, 2016. Furthermore, on July 19, 2016, the defendant signed an admission form for the use of marijuana during the July 4th weekend with friends who were visiting from out of town. Additionally, the defendant submitted a dilute urine specimen for testing on May 19, 2016. The defendant has been verbally reprimanded for his use of drugs, associating with people engaged in criminal activity, and for diluting his urine specimen. The defendant is participating in elevated treatment and is aware that additional drug use will result in a referral to residential substance abuse treatment. He has also been reinstructed on his relevant conditions of probation.

_____   _____
William P. Fennell                       John Ray White
U.S. Probation Officer                   Assistant U.S. Attorney

Date: September 13, 2016                 Date: 09/19/16

Approved by:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____9-21-2016_____   _____
Honorable Susan Webber Wright             Date
United States District Judge


c: Federal Public Defender Jenniffer Horan
   Assistant U.S. Attorney John Ray White

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant will abstain from the use of alcohol during supervision.

Witness _____   Signed _____
         (U.S. Probation Officer)                (Probationer or Supervised Releasee)

                    8/17/16
                    (Date)

_____
FEDERAL DEFENDER